United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-                                          Case No. 2:25-cr-114

Timur Mamatov

---

COURTROOM MINUTES
Arraignment on Information

| U.S. District Judge Algenon L. Marbley | | Date:   August 15, 2025 | |
|---|---|---|---|
| Deputy Clerk: | Diane Stash | Counsel for Government: | Noah Litton |
| Court Reporter: | Shawna Evans | Counsel for Defendant: | Jonathan McDonald |
| Interpreter: | | Pretrial/Probation: | |

Defendant entered a plea of guilty to Count 1 of the Information.

PSI Report ordered.

Defendant's bond conference set for 10:00 a.m. on August 15, 2025.